FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 MAY 10 AM II: 27

U.S. DISTRICT COURT
N.D. OF ALABAMA

EDWARD MINTER,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )       CV 03-JEO-0100-S
                                        )
DEPUTY COLE, et al.,                    )
                                        )
            Defendants.                 )

ENTERED

MAY 10 2004

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 5, 2004, recommending that plaintiff's failure to protect claims against defendants Clifton and Fitts, and the failure to protect claims against defendant Cole with regard to whether defendant Cole failed to monitor or assign an officer to supervise the basketball court, follow administrative regulations and allowed other inmates on the basketball court be DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  The magistrate judge further recommended that the failure to protect claim against defendant Cole for failing to respond to the panic button, and the negligence claims against defendants Cole, Fitts, and Clifton be referred to the magistrate judge for further proceedings.  Plaintiff filed objections to the report and recommendation on March 26, 2004.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  Accordingly, all of plaintiff's claims in this action except the failure to protect claim against defendant Cole for failing to respond to the panic button, and the negligence claims against defendants Cole, Fitts, and Clifton are due to be DISMISSED WITH PREJUDICE pursuant to 28

U.S.C. § 1915A(b).  Further, the failure to protect claim against defendant Cole for failing to respond to the panic button, and the negligence claims against defendants Cole, Fitts, and Clifton claims are due to be REFERRED to the magistrate judge for further proceedings.

DATED this _10th_ day of ___May___, 2004.

_____
ROBERT B. PROPST
SENIOR JUDGE